Nigel Burns, Esq.
The Law Offices of Nigel Burns
660 Newport Center Drive, Suite 340
Newport Beach, California 92660
Telephone: (949) 718-0967
Facsimile: (949) 718-0937

Peter S. Gordon, Esq.
Gordon & Gordon,
Attorneys at Law
108-18 Queens Boulevard
Forest Hills, New York 11375
Telephone: (718) 544-7070

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEWELRY 47, INC., | Case No.: 2:08-CV-00174-MCE-KJM |
| Plaintiff, | Assigned: Hon. Morrison England |
| vs. | Courtroom: 7 |
| LARRY BIEGLER, DIONE TILLMAN and ELOHIM FINANCIAL, INC., | ORDER |
| Defendants. | |

The Court orders as follows:

Plaintiff having submitted a Request for Extension of Time and the Court having read and reviewed said Declaration hereby orders as follows:

Said Request for Extension of Time is hereby GRANTED.

The hearing on Defendants' Motion to Dismiss is CONTINUED to September 17, 2008 at 2:00 PM.

DATED: September 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE